IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98–mj-07076-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT AUSTIN,

    Defendant.

and

NEW APPLE INC,

    Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on June 25, 2007 in this case is GRANTED.

ORDERED and entered this 22nd day of October, 2007.

                        BY THE COURT:

                        _____
                        UNITED STATES MAGISTRATE JUDGE