IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98–mj-07076-PAC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT AUSTIN,

       Defendant.

and

NEW APPLE INC,

       Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on June 25, 2007, in this case is GRANTED.

ORDERED and entered this 6Th day of November, 2007.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO